# United States District Court
## Violation Notice

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| WA4 | E24P6J8R | J BRADBURY | 23 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐ CFR ☐ USC ☑ State Code |
|---|---|
| 9/29/2024 14:33 | AR 27-22-104 |

**Place of Offense**
PARK AVENUE AND GORGE ROAD

**Offense Description: Factual Basis for Charge**   HAZMAT ☐
NO INSURANCE

### DEFENDANT INFORMATION

| Last Name | First Name | M.I. |
|---|---|---|
| LEE | CHARLES | E |

| VEHICLE | VIN: JT2BF28KX10319568 | | CMV ☐ |
|---|---|---|---|
| Tag No. NONE | State AR | Year 2001 | Make/Model TOYOTA/CAMRY  Pass ☐  Color TAN |

| APPEARANCE IS REQUIRED | APPEARANCE IS OPTIONAL |
|---|---|
| A ☑ If Box A is checked, you must appear in court. See instructions. | B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions. |

$ _____ Forfeiture Amount
+ $30 Processing Fee
$ _____ Total Collateral Due

**PAY THIS AMOUNT AT**
**www.cvb.uscourts.gov →**

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date (mm/dd/yyyy) |
|---|---|
| | Time (hh:mm) |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X  Defendant Signature _____

Defendant Copy